IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALVIN C. THOMPSON,
    Plaintiff,

vs.                                      Case No.: 3:11cv533/RV/EMT

R. QUINN, et al.,
    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 4, 2012 (doc. 58). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of all timely filed objections.

Having considered the Report and Recommendation, and the timely filed objection thereto (doc. 59), I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendants Tifft and Byrd's motion to dismiss (doc. 48) is **DENIED**.

3. Plaintiff's motion to amend (doc. 53) is **GRANTED** and the clerk is directed to docket the proposed amended complaint (attached to the motion to amend) as Plaintiff's Second Amended Complaint.

4. The stay of discovery (*see* doc. 57) is **LIFTED**.

**DONE AND ORDERED** this 2nd day of January, 2013.

                                        /s/ *Roger Vinson*
                                        **ROGER VINSON**
                                        **SENIOR UNITED STATES DISTRICT JUDGE**