**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

ALVIN C. THOMPSON

    VS                                                               Case No.:  3:11cv533/RV/EMT

R. QUINN, et al.

**REFERRAL AND ORDER**

Referred to Magistrate Judge Timothy on    January 15, 2013

Type of Motion/Pleading: Unopposed Motion to Modify the Court's Scheduling Order Extending the Time for Filing Motions for Summary Judgment

Filed by: Defendants Byrd, Tifft, and Quinn    on 1/15/13    Document 68

( X ) Stipulated/Consented/Joint Pleading
RESPONSE:

                                            on               Doc.#

JESSICA LYUBLANOVITS, CLERK OF COURT

/s/ *Teresa Milstead*
Deputy Clerk: Teresa Milstead

**ORDER**

Upon consideration of the foregoing, it is **ORDERED** this 16th day of January 2013, that:

The requested relief is **GRANTED**. The summary judgment deadline is hereby extended to **FEBRUARY 13, 2013.**

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**