IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALVIN C. THOMPSON,
     Plaintiff,

vs.                               Case No.:  3:11cv533/RV/EMT

SGT. R. QUINN, et al.,
     Defendants.
_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 30, 2013 (doc. 89).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of all timely filed objections (docs. 82, 93, 95).

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted with modifications. Specifically, Tifft's statement is inadmissible hearsay under the undisputed facts of this case, and is not within Evidence Rule 801(d)(2).  There is no other evidence against Tifft, so he is entitled to summary judgment dismissal.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order, as modified herein.

2.     Defendants' motion for summary judgment (doc. 73) is **GRANTED IN PART** to following extent (all dismissals are with prejudice):

     a.     Plaintiff's claims against all Defendants for punitive and compensatory (other than nominal) damages are **DISMISSED** pursuant to 42 U.S.C. § 1997e(e);

     b.     Plaintiff's claims for damages against all Defendants in their official capacities are **DISMISSED**;

     c.     Plaintiff's state law claims are **DISMISSED**.

      d.    Plaintiff's claims against Defendant Tifft are **DISMISSED.**

    3.    Defendants' motion for summary judgment (doc. 73) is otherwise **DENIED**, and Plaintiff's Eighth Amendment claim against Defendants Quinn and Byrd shall proceed.

    **DONE AND ORDERED** this 16th day of May, 2013.


/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**