In the United States District Court, Northern
District of Florida (Pensacola Division)

PROVIDED TO
FLORIDA STATE PRISON
ON

DEC 18 2013

FOR MAILING
INMATES INITIALS

Alvin C. Thompson
        Plaintiff

                    Case No. 3:11cv533/RV/EMT

V.

R. Quinn, et al.,
        Defendants

                                    /

# MOTION TO SUBPOENA WITNESSES
## for JURY TRIAL

COMES NOW plaintiff in the above styled cause
prose litigant with motion to subpoena the (3) remain-
ing witnesses to court for plaintiffs jury trial;

        Tramell R. Allen #A-T28216
        Jerome Lockhart #B-182383
        Kinney Bass #Y31802

①.    Their location to me is unknown, but
plaintiff anticipates that Tramell R. Allen will testify
to the fact that on 10-1-09 at approximately 3:20pm
he heard defendant Quinn at the cell door of plaintiff;
and told plaintiff that he did not know what was
going on, but was told by the warden to spray plaintiff
and for plaintiff to get ready because he would be
back. And hrs later heard-defendant Byrd at plaintiffs
cell door coaching plaintiff to take off his clothes and
kick on cell door; when the audio camera was brought
into the wing "if" plaintiff did not want to get
maxium in being abused.

(2.) It is anticipated that <u>Jerome Lockhart</u> will testify to the fact(s) that he saw and heard the defendants at plaintiff's cell door front staging an act of physical abuse and assault ~~that was about to~~ before it took place. (Quinn): Telling plaintiff that he did not know what was going on but was told by the Warden to spray plaintiff and for plaintiff to get ready, because he would be back.
     (Byrd): Coached plaintiff to take off his clothes to be sprayed and kick on his cell door when the audio camera entered the wing (to make it look good) "if" plaintiff did not want to be abused to the maxium and stripped.

(3.) It is anticipated that <u>Kinny Bass</u> will testify to the fact(s) that he saw and heard the defendants at plaintiff's cell door; █████ (Quinn): Coming to plaintiff cell door front to manipulate NON-audio mounted wing cameras to make it appear that something was going on concerning plaintiff
     (Byrd): Coached plaintiff to take off his clothes to be sprayed and kick on his cell door "if" he did not want to be further abused.

* I the plaintiff, anticipate that the witness will let it be known to the jury that they to have been coached to take off their clothes to be sprayed and kick on their cell door "if" they don't

want to recieve the maximum of abuse.

I the plaintiff personally witnessed the coaching with Tramell R. Allen & Kinny Bass and Kinny Bass got tricked. He was coached to get naked to be sprayed and kick on his cell door and the officers still sprayed him at (3) different times and put him in a empty cell naked! Tramell R. Allen was coached outside of the building at his back window by the same defendant Quinn, to let them spray him 1 time.

Respectfully Submitted
Alvin C. Thompson
Alvin C. Thompson 111972
Florida State Prison
7819 NW 228th St
Raiford Florida 32026

Certificate of Service

I hereby certify that a true and correct copy of the aforementioned has been funished to the Atty. Gen. Off. Asst. Groper and provided to Fla State Prison on this 18 day of Dec 2013 for mailing.

Alvin C. Thompson

3.