In the United States District Court
Northern District of Florida (Pensacola Division)

Alvin C. Thompson
Plaintiff

V.   Case No. 3:11cv533/RV/EMT

R. Quinn, et al.,
Defendants

## MOTION TO TOUCH BASES WITH WITNESS for JURY TRIAL

COMES NOW plaintiff pro'se litigant with a brief motion in the above styled cause with need to speak with witnesses for the purpose of preparing for jury trial.

4yrs. has elapsed and plaintiff needs to ensure that the witness remember what happened on the evening of 10-1-09 and what is to be expected of them upon taking the stand

Respectfully Submitted
Alvin C. Thompson
Alvin C. Thompson 111972
Fla. State Prison
7819 NW 228th St
Raiford, Fla. 32026

Certificate of Service

I hereby certify that a true and correct copy of the aforementioned was furnished A.G's Off. Asst. Grapet, and provided to F.S.P. on this __18__ day of Dec 2013 for mailing.
Alvin C. Thompson