United States District Court Northern District of
Florida (Pensacola Division)

LEGAL MAIL PROVIDED TO
FLORIDA STATE PRISON

DEC 18 2013

FOR MAILING
INMATES INITIALS

Alvin C. Thompson
     Plaintiff

V.

B. Quinn, et al.,
     Defendants

Case No.# 3:11cv533/RV/EMT

/

# PROPOSED JURY INSTRUCTION

The plaintiff asserts the defendants, while acting
under the color of law, intentionally deprived the plaintiff
of the plaintiff's rights under the Constitution of the
United States. Specifically the plaintiff asserts that while
the defendants were acting under the color of authority
of the State of Florida as correctional officers at Santa
Rosa Correctional Institution, the defendants did intent-
ionally violate the plaintiff's constitutional right to be free
from the act(s) of cruel and unusual punishment.

Under the 8th Amendment of the United States
Constitution, every person convicted of a crime, or a
criminal offense has the right not to be subjected to
cruel and unusual punishment. This includes, of course,
the right not to be assaulted with a chemical agent of
any kind or told to do something to lessen the degree of
abuse, without legal justification.

The law provides that a person may sue in this
court for compensation against anyone who, under the
color of any state law or custom, intentionally violates
plaintiff's rights under the Constitution of the United States.

In order to prevail on this claim, the plaintiff must prove each of the following facts by a preponderance of the evidence. 1st that the defendants intentionally committed acts that violated the plaintiffs constitution to not be subjected to cruel and unusual punishment.

The constitutional right to be free of cruel and unusual punishment includes the right not to be subjected to excessive force while being detained in custody by a law enforcement or corrections officer.
2nd

Whether or not any force used in this case was excessive is an issue for you to decide and whether it was used maliciously and sadistically to cause harm.
In making that decision all facts and merits asserting case has to be weighed accordingly

And 2nd was excessive to cause force used by defendants sadistic plaintiff malicious and infliction of pain + suffering

Respectfully Submitted
Alvin C. Thompson
Alvin C. Thompson 111972
Fla State Prison
7819 NW 228 th St
Raiford Fla 32026

Certificate of Service

I hereby certify that a true and correct copy of the aforementioned has been furnished to the A.G.'s Off. Asst. Cooper and provided to Fla State Prison for mailing on this 18 day of Dec 2013

Alvin C. Thompson