In the United States District Court, Northern District of Florida (Pensacola Division)

Alvin C. Thompson
  Plaintiff

V.                                    Case No. 3:11cv533/RV/EMT

R. Quinn
G.R. Byrd
  Defendants
_____/

## MOTION TO SUBPOENA

COMES NOW plaintiff, a pro'se litigant motion in the above styled cause that;

  COI David Grant
  COII David A. Johnson

be subpoena to trial concerning the falsifing and forging of the attached **Use of force** witness statement for the date of 10-1-09.

Fixed Wing Mounted Dormitory Camera(s) for the date of 10-1-09 demonstrates for the record that at **No time** was plaintiff given the opportunity to complete a witness statement concerning the abuse that was done to him.

Plaintiff never refused to give a statement as has been falsified, because plaintiff was not asked to provide statement, therefore this further demonstrate the unlawful acts of the cover-up.

Respectfully Submitted
Alvin C. Thompson

Filed 12-24-13 USDcFln 3AM 0809  tg

Alvin C. Thompson 111972
Fla State Prison
7819 NW 228th St
Raiford, Fla. 32026

## Certificate of Service

I hereby certify that a true and correct copy of the aforementioned has been furnished to the A.G.'s Office Asst. Graper and provided to Fla State Prison on this 18 day of Dec 2013 for mailing

Alvin C. Thompson

Plaintiff subpoena's that these (2) employees be brought to trial OR that this honorable court and the Attorney General's Office confirm on record, that this document was factually falsified on & against plaintiff. (In which is apparently obvious after the review of cameras.)

| | Witness Statement | |
|---|---|---|
| State of Florida | Log # _____ | Department of Corrections |

**I. Identifying Inmate Information**

DC # _111972_      Inmate Name _Thompson, Alvin_

Violation Code and Short Title: _____ UoF

Use of Force # _2009-119-0216_

Date Report Written _Oct. 1, 2009_

**II. Witness**

☐ Staff Member: Name and Position _____

☐ Other Individual: Name _____

☒ Inmate:   DC # _111972_   Name _Thompson, Alvin_

**III. Voluntary Refusal**

The witness voluntarily refused to provide a written statement to the Investigating Officer and the following signature(s) attests to that fact:

Witness Signature _____   Date _____

Signature of Investigating Officer _____   Date _____

**IV. Statement**

Inmate Refused to give a statement

Witness Signature _David Grant_   Date _10-1-2009_

Signature of Investigating Officer _____   Date _Oct. 1, 2009_

DC6-112C (Revised 8/06)      Original: Inmate File      Copy: Central Office