# United States District Court
## Civil Minutes - Trial

Case No.    3:13cv533-RV                                    Date:    February 24, 2014

**DOCKET ENTRY:   Jury Selection/Jury Trial Held**
Jury selection held on 2/24/2014. Jury trial held on 2/24/2014 - 2/25/2014. Jury returns a verdict in favor of the defendants and against the plaintiff (see separate verdict form). Clerk to enter judgment consistent with the jury's verdict. Attached: exhibit list.

PRESENT :  HONORABLE    **ROGER VINSON**    SENIOR JUDGE    Paula Cawby    Julie Wycoff

                                                            Deputy Clerk    Court Reporter

**Style of Case:**    Thompson v Quinn, et al

Plaintiff(s) Counsel Present                          Plaintiff(s)

James Cook, Atty                                      Alvin C. Thompson

Defendant(s) Counsel Present                          Defendant(s)

Marcus Graper, Atty                                   R. Quinn
Lisa Tietig, Atty                                     G. R. Byrd


| | | | | | |
|---|---|---|---|---|---|
| ✓ | Jury Trial. Jury impaneled and sworn. Per privacy policy - Jurors names filed under seal | | | | |
| | Motion for new trial: | | granted | | denied |
| ✓ | Rule 50 Motion: | | granted | ✓ | denied |
| ✓ | Jury retires to deliberate at | 2/25/2014, 4:25 PM | ; jury returns at | 2/25/2014, 4:55 PM | |
| | FINDING BY COURT. | ✓ | JURY VERDICT | SEE SIGNED VERDICT | |
| ✓ | Jury polled | | Polling waived | | Mistrial declared |
| | Continued to: | | | for | |

**Filed in Open Court**

**February 25, 2014**
Initials of Deputy Clerk pmc

# Civil Minutes - Jury Trial  (continued)

**Thompson v Quinn, et al**　　　　　　　　**3:11cv533-RV**　　　　　　　　**Jury Trial**

**Monday, February 24, 2014**　　　**Jury Selection/Voir Dire Proceedings**

| | |
|---|---|
| 9:08 AM | Court in session - Juror panel seated |
| | Voir Dire begins - 25 prospective jurors present |
| | Bench Conference - Jury Selected |
| 10:16 AM | Court announces selected jurors - Jury excused to jury room |
| | Panel released |
| 10:17 AM | Court in recess |

**Monday, February 24, 2014**　　　**Jury Trial**

| | |
|---|---|
| 10:38 AM | Court in session (jury out) |
| 10:40 AM | Plaintiff objects to admission of convictions of plaintiff/witnesses |
| | Defendant responds |
| | Plaintiff responds |
| 10:55 AM | Court will allow convictions - plaintiff objection overruled |
| 11:00 AM | Plaintiff objects to defense use of untruthfulness in disciplinary reports |
| | Defense responds |
| 11:08 AM | Court will allow - plaintiff objection overruled |
| 11:09 AM | Plaintiff objects to use of plaintiff's close management paperwork |
| | Defendant responds |
| 11:10 AM | Court will allow paperwork - plaintiff objection overruled |
| 11:11 AM | Court invokes rule of sequestration |
| 11:18 AM | Jury returned to courtroom |
| 11:20 AM | Jury sworn by clerk - Jury trial began |
| 11:22 AM | Court opening instructions |
| 11:29 AM | Defense moves to admits joint exhibits: 1 - 4, admitted |
| 11:31 AM | Plaintiff opening statement |
| 11:44 AM | Defense opening statement |
| 11:57 AM | Court in recess (lunch break - return at 1:15 PM) |
| 1:18 PM | Court in session - Jury returns to the courtroom |
| 1:19 PM | Defense witness: John Whitehurst - sworn (stipulated to testify during plaintiff's case) |
| 1:28 PM | Defense Exhibit # 1 - Close management report - admitted |
| 1:51 PM | Plaintiff cross - Whitehurst |
| 1:59 PM | Defense re-direct |
| 2:05 PM | Plaintiff witness: Alvin Thompson - sworn |
| 3:15 PM | Court in recess |
| 3:30 PM | Court in session - Jury returns to the courtroom |
| | Direct continues - Thompson |
| 3:44 PM | Defense cross |
| 4:13 PM | Plaintiff re-direct |
| 4:16 PM | Stipulations read to the jury (by defense) |
| 4:25 PM | Plaintiff witness: Jerome Lockhart - sworn |
| 4:43 PM | Defense cross - Lockhart |
| 5:00 PM | Plaintiff re-direct |
| 5:05 PM | Court in recess (until Tuesday 2/25/2014 at 9:00 AM) |

# Civil Minutes - Jury Trial  (continued)

**Thompson v Quinn, et al**             **3:11cv533-RV**                          **Jury Trial**

**Tuesday, February 25, 2014**      **Jury Trial**

| | |
|---|---|
| 8:58 AM | Court in session - Jury returns to courtroom |
| | Plaintiff witness: Kenneth Bass - sworn |
| 9:06 AM | Defense cross |
| 9:17 AM | Plaintiff re-direct |
| 9:20 AM | Plaintiff witness: Tramell Allen - sworn |
| 9:31 AM | Defense cross |
| 9:36 AM | Plaintiff re-direct |
| 9:38 AM | Defense rests |
| 9:39 AM | Defense Motion for Judgment as matter of law |
| 9:42 AM | Government responds |
| 9:44 AM | Court denies Defense Motion |
| 9:45 AM | Court in recess (until 9:55 AM) |
| 9:56 AM | Court in session - jury returns to courtroom |
| 9:57 AM | Defense witness: Edward Glisson - sworn |
| 10:19 AM | Plaintiff cross |
| 10:36 AM | Defense re-direct |
| 10:41 AM | Defense witness: Ron Quinn - sworn |
| 11:26 AM | Plaintiff cross |
| 12:05 PM | Court in recess (lunch break until 1:15 PM) |
| 1:17 PM | Court in session - without the jury |
| 1:17 PM | Defense advises the court of communications made between the witnesses and the defendant |
| | Defendant Lt. Byrd questioned by the Plaintiff regarding conversations made with witnesses during the lunch break |
| 1:23 PM | Court finds the communication was a violation of the court's instruction - |
| | Court directs the trial to proceed |
| 1:24 PM | Jury returned to the courtroom |
| | Defense re-direct: Quinn |
| 1:41 PM | Defense witness: Alvin Thompson |
| 1:44 PM | Defense witness: David Johnson |
| 1:49 PM | Plaintiff cross |
| 1:55 PM | Defense witness: Barry Lee |
| 2:14 PM | Plaintiff cross |
| 2:18 PM | Defense re-direct |
| 2:20 PM | Defense witness: Gregory Byrd |
| 2:53 PM | Plaintiff cross |
| 3:10 PM | Defense re-direct |
| 3:18 PM | Defense rests |
| 3:19 PM | Court in recess |
| 3:36 PM | Court in session - without the jury |
| | Defense renews motion for Judgment as a matter of law |
| | Court denies Defense Motion |
| 3:38 PM | Proposed jury Instructions reviewed |
| 3:39 PM | Jury returned to the courtroom |
| 3:42 PM | Plaintiff closing argument |
| 3:52 PM | Defense closing argument |
| 4:04 PM | Plaintiff closing (rebuttal) argument |

## Civil Minutes - Jury Trial  (continued)

**Thompson v Quinn, et al**                    **3:11cv533-RV**                    **Jury Trial**

**Tuesday, February 25, 2014**        Jury Trial (continued)

| Time | Event |
|---|---|
| 4:07 PM | Court published final jury instructions |
| 4:25 PM | Jury excused to begin deliberations |
|  | Court in recess |
| 4:54 PM | Court in session |
| 4:55 PM | Jury returns to courtroom with verdict |
|  | Verdict returned in favor of the defendants RONALD QUINN and GREGORY BYRD, and against the Plaintiff, Alvin Thompson |
|  | Jury verdict published by Judge  (see separate verdict form) |
| 4:58 PM | Jury polled by clerk |
| 5:00 PM | Court thanks jurors for their service |
| 5:01 PM | Court adjourned |

Case 3:11-cv-00533-RV-EMT   Document 184-2   Filed 02/25/14   Page 5 of 5

✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF FLORIDA

**EXHIBIT LIST**

ALVIN C. THOMPSON
V.
R QUINN, et al

Case Number: 3:11cv533-RV

| PRESIDING JUDGE<br>**Roger Vinson** | PLAINTIFF'S ATTORNEY<br>James Cook | DEFENDANT'S ATTORNEY<br>Marcus Graper/Lisa Tietig |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER<br>Julie Wycoff | COURTROOM DEPUTY<br>Paula Cawby |

| Joint NO. | DEF. NO. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|
| 1 | | 2/24/14 | ✓ | Fixed Wing Video from Jail (sealed) |
| 2 | | 2/24/14 | ✓ | Hand Held Video from Jail (sealed) |
| 3 | | 2/24/14 | ✓ | Use of force report |
| 4 | | 2/24/14 | ✓ | Disciplinary Report |
| | 1 | 2/24/14 | ✓ | Close Managment Report - John Whitehurst |
| | 2 | 2/25/14 | | Report/Affidavit - Kenneth Bass (ID Only - returned to defense) |
| | 3 | 2/25/14 | | Report/Affidavit - Edward Glisson (ID Only - returned to defense) |

* Include a notation as to the location of any exhibit not held with the case file or not available

Page 1 of  1