**Sarasota Process Servers, Inc.**
**~~P.O.~~ Box 15009**
**Sarasota, FL 34277**
**Phone: (941) 346-7900**
**Fax: (941) 349-2139**
**Fein #59-2422819**

# INVOICE

**Invoice #SPS-2014082009**
**2/26/2014**

Marcus Graper
ASSISTANT ATTORNEY GENERAL - Tallahassee
P L -01 The Capital
Tallahassee, FL 32399

**Case Number: Northern 3:11-CV-533/RV/EMT**

Plaintiff:
**ALVIN C. THOMPSON**

Defendant:
**R. QUINN and G. BYRD**

Received: 2/17/2014 Non-Served: 2/21/2014 NON SERVED - DILIGENT
To be served on: BARRY LEE, CAPTAIN AT SANTA ROSA CORRECTIONAL INSTITUTION

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Statewide)RUSH | 1.00 | 71.00 | 71.00 |
| TOTAL CHARGED: | | | $71.00 |
| **BALANCE DUE:** | | | **$71.00** |

ok to pay
[signature] 03/06/14

AG# L12 45101
Case# 311cv 533/RV/EMT
Con# R9419
Risc# N/A

PAYMENT IS DUE UPON RECEIPT. WE ACCEPT VISA, MASTERCARD AND AMERICAN EXPRESS. SIMPLY PHONE OUR OFFICE TO PAY INVOICE BY CREDIT CARD.
Please include this invoice number with your payment.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

**EXHIBIT**
B

**Sarasota Process Servers, Inc.**
**P.O. Box 15009**
**Sarasota, FL 34277**
**Phone: (941) 346-7900**
**Fax: (941) 349-2139**
**Fein #59-2422819**

# INVOICE

**Invoice #SPS-2014082186**
**2/28/2014**

Marcus Graper
ASSISTANT ATTORNEY GENERAL - Tallahassee
P L -01 The Capital
Tallahassee, FL 32399

RECEIVED
14 MAR -5 AM 9:55
ATTORNEY GENERAL'S OFFICE
GENERAL LEGAL SERVICES

**Case Number: Northern 3:11-CV-533/RV/EMT**

Plaintiff:
**ALVIN C. THOMPSON**

Defendant:
**R. QUINN and G. BYRD**

Received: 2/17/2014 Served: 2/22/2014 10:05 am .SUBSTITUTE - RESIDENTIAL
To be served on: BARRY LEE,

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Statewide)RUSH | 1.00 | 71.00 | 71.00 |
| TOTAL CHARGED: | | | $71.00 |
| **BALANCE DUE:** | | | **$71.00** |

AG # L12-4-5101
Case# 3:11 CV 00533
Con # R9419
Risk# N/A

ok to pay
[signature] 03/05/14

PAYMENT IS DUE UPON RECEIPT. WE ACCEPT VISA, MASTERCARD AND AMERICAN EXPRESS. SIMPLY PHONE OUR OFFICE TO PAY INVOICE BY CREDIT CARD.
Please include this invoice number with your payment.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n




# INVOICE

Invoice #SKT-2014002812
2/21/2014



Send Payments To:
**Process Service of America, Inc., Leon County,**
**P.O. Box 5848**
**Tallahassee, FL 32314-5848**
**Phone: (850) 877-9809**
**Fax: (850) 877-8889**
**59-3582413**

Marcus Graper
Office of the Attorney General
P.L.01-The Capitol
Tallahassee, FL 32399

RECEIVED
14 FEB 25 AM 10:02
ATTORNEY GENERAL'S OFFICE
GENERAL LEGAL SERVICES

**Case Number: Northern 3:11-CV-533-RV-EMT**

Plaintiff:
**ALVIN C. THOMPSON**

Defendant:
**R. QUINN AND G. BYRD**

Received: 2/17/2014 Served: 2/21/2014 1:00 pm .AUTHORIZED
To be served on: JOHN GLISSON, SR. INSPECTOR OFFICE OF THE INSPECTOR GENERAL

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| 2nd Judicial Circuit | 1.00 | 30.00 | 30.00 |
| TOTAL CHARGED: | | | $30.00 |
| **BALANCE DUE:** | | | **$30.00** |

AG# L12.4-5101
Court# 3:11cv533/RV/EMT
Cont# R9419
Risk# N/A

ok to pay
02/27/14

Payment due upon receipt. MASTERCARD and VISA cards accepted.
A $5.00 LATE FEE WILL BE APPLIED TO ALL UNPAID INVOICES EVERY 30 DAYS.
VENUE IS LEON COUNTY

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

**Sarasota Process Servers, Inc.**
**P.O. Box 15009**
**Sarasota, FL 34277**
**Phone: (941) 346-7900**
**Fax: (941) 349-2139**
**Fein #59-2422819**

# INVOICE

**Invoice #SPS-2014082010**
**2/26/2014**

Marcus Graper
ASSISTANT ATTORNEY GENERAL - Tallahassee
P L -01 The Capital
Tallahassee, FL 32399

**Case Number: Northern 3:11-CV-533/RV/EMT**

Plaintiff:
**ALVIN C. THOMPSON**

Defendant:
**R. QUINN and G. BYRD**

Received: 2/17/2014 Served: 2/21/2014 6:15 pm INDIVIDUAL
To be served on: DAVID JOHNSON, SEARGENT AT CENTURY CORRECTIONAL INSTITUTION

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Statewide)RUSH | 1.00 | 71.00 | 71.00 |
| TOTAL CHARGED: | | | $71.00 |
| **BALANCE DUE:** | | | **$71.00** |

AG# L12.4.5101
Case# 3:11cv533/RV/EMT
Con # R9419
Risk# N/A

ok to pay
03/06/14

PAYMENT IS DUE UPON RECEIPT. WE ACCEPT VISA, MASTERCARD AND AMERICAN EXPRESS. SIMPLY PHONE OUR OFFICE TO PAY INVOICE BY CREDIT CARD.
Please include this invoice number with your payment.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

Sarasota Process Servers, Inc.
P.O. Box 15009
Sarasota, FL 34277
Phone: (941) 346-7900
Fax: (941) 349-2139
Fein #59-2422819

# INVOICE

Invoice #SPS-2014082011
2/28/2014

Marcus Graper
ASSISTANT ATTORNEY GENERAL - Tallahassee
P L -01 The Capital
Tallahassee, FL 32399

RECEIVED
14 MAR -5 AM 9:54
ATTORNEY GENERAL'S OFFICE
GENERAL LEGAL SERVICES

**Case Number: Northern 3:11-CV-533/RV/EMT**

Plaintiff:
**ALVIN C. THOMPSON**

Defendant:
**R. QUINN and G. BYRD**

Received: 2/17/2014 Served: 2/21/2014 12:00 pm INDIVIDUAL
To be served on: JOHN WHITEHURST, WARDEN, WALTON CORRECTIONAL INSTITUTION

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Statewide)RUSH | 1.00 | 71.00 | 71.00 |
| TOTAL CHARGED: | | | $71.00 |
| **BALANCE DUE:** | | | **$71.00** |

AG# L12.4.5101
Case# 3:11 CV 00533
Con # R9419
Risk# N/A

ok to pay
03/05/14

PAYMENT IS DUE UPON RECEIPT. WE ACCEPT VISA, MASTERCARD AND AMERICAN EXPRESS. SIMPLY PHONE OUR OFFICE TO PAY INVOICE BY CREDIT CARD.
Please include this invoice number with your payment.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n